HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950
ann.mcglenon@fd.org

Attorney for Defendant
JULIAN JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00346  AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | **AMENDED** STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| vs. | ) ) | Date: October 15, 2013 |
| JULIAN JUAREZ, | ) ) | Time: 1:00 p.m. Judge: Hon. Barbara A. McAuliffe |
| *Defendant.* | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Julian Juarez, that the status conference hearing set for September 23, 2013 at 10:00 a.m. before Judge McAuliffe, **may be rescheduled to October 15, 2013 at 1:00 p.m.**

The continuance is requested due to the unavailability of counsel. The requested continuance is necessary to allow for additional time for discovery review, investigation and negotiation between the parties. The requested continuance will conserve time and resources for both parties and the court.

///

///

///

-1-

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated: September 16, 2013

BENJAMIN B. WAGNER
United States Attorney

 */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

Dated: September 16, 2013

HEATHER E. WILLIAMS
Federal Defender

*/s/ Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
JULIAN JUAREZ

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   **September 16, 2013**        /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE