1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00346 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CASE FOR A CHANGE OF PLEA |
| v. | |
| JULIAN JUAREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that the status conference set for February 10, 2014 at 1:00 pm before the Honorable Sheila K. Oberto be vacated and a change of plea hearing before the Honorable Anthony W. Ishii be set for February 3, 2014 at 10:00 a.m.  The parties have executed a plea agreement which has been filed.

Dated: January 22, 2014                          Respectfully submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                          By      /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

Dated: January 22, 2014                          /s/ Ann McGlenon
                                                 ANN McGLENON
                                                 Attorney for Defendant

////

////

////

1

U.S. V. JUAREZ,      1:13-CR-00346 AWI-BAM

The hearing before Magistrate Judge Barbara McAuliffe is VACATED and a change of plea hearing is set before the Honorable Anthony W. Ishii for February 3, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 22, 2014**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE

2