HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JULIAN JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00346 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| JULIAN JUAREZ, | DATE:  April 21, 2014 |
| | TIME:   10:00 a.m. |
| | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Ann H. McGlenon, counsel for defendant JULIAN JUAREZ, that the sentencing hearing currently set for April 14, 2014 at 10:00 a.m. before the Honorable Judge Anthony W. Ishii, **may be continued to April 21, 2014 at 10:00 a.m. with the Honorable Judge Anthony W. Ishii.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).  Counsel for Defendant Juarez will be out of town on this date.

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  April 7, 2014 | /s/ Kimberly A. Sanchez<br>Kimberly A. Sanchez<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  April 7, 2014 | /s/ Ann H. McGlenon<br>ANN H. MCGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>JULIAN JUAREZ |

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   April 7, 2014                          _____
                                                                    SENIOR  DISTRICT  JUDGE